U. S. DISTRICT COURT.
Southern District of GA
Filed in Office

_____ M
2-1 _____ 20 18
          Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION NO. |
| | ) | |
| v. | ) | VIO: 18 U.S.C. § 843(b) |
| | ) | Unlawful Use of Communication |
| OLIJUAN JONES | ) | Facility |

THE UNITED STATES ATTORNEY CHARGES:    CR218-008

## COUNT ONE
## UNLAWFUL USE OF COMMUNICATION FACITLITY

That on or about May 20, 2016, at approximately 9:13 a.m., in Glynn County within the Southern District of Georgia, and elsewhere, the defendant, **OLIJUAN JONES**, knowingly and intentionally used a communication facility, to wit, a telephone, in committing, causing, and facilitating a conspiracy to possess with intent to distribute and distribute controlled substances, which constitutes a felony violation of Title 21 U.S.C. §846, all done in violation of Title 21, United States Code, Section 843(b).

*(Signatures on Next Page)*

_____
Bobby L. Christine
United States Attorney

_____
Brian T. Rafferty
Assistant United States Attorney
New York Bar No. 2809440

_____
Tania D. Groover*
Assistant United States Attorney
Georgia Bar No. 127947

_____
Karl I. Knoche*
Assistant United States Attorney
Georgia Bar No. 426624

*lead counsel

2